JAMES SANCHEZ, City Attorney (SBN 116356)
SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

FILED
OCT 29 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELAIDA HERRERA, individually and joint successor-in-interest to DECEDENT ASCENCION HERRERA, JR; ASCENCION HERRERA, SR, individually and joint successor-in-interest to DECEDENT ASCENCION HERRERA, JR; and THE ESTATE OF ASCENCION HERRERA, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; RICK BRAZIEL, individually and in his official capacity as CHIEF OF POLICE for the SACRAMENTO POLICE DEPARTMENT, and DOES 1-20, inclusive, individually, jointly and severally<br><br>Defendants. | Case No.: 2:13-cv-00456-JAM-AC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CITY OF SACRAMENTO'S MOTION FOR SUMMARY JUDGEMENT<br><br>[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT<br><br>Date: July 9, 2014<br>Time: 9:30 a.m.<br>Crtrm: 6, 14th Fl.<br>Location: 501 I Street<br>  Sacramento, CA 95814<br>Judge: Hon. John A. Mendez<br>Trial: September 22, 2014 |

On July 9, 2014, the Court held a hearing on Defendant City of Sacramento's Motion for Summary Judgment. Present on behalf of Plaintiffs were Charles A. Pacheco, Esq., and Sofia Reamer, Esq., of Pacheco & Reamer. Present on behalf of Defendant was Sean D.

1  Richmond, Esq., of the Sacramento City Attorney's Office. As Defendant's Motion was
2  UNOPPOSED it was thereby granted.

3  On July 9, 2014, the Court held a hearing on Plaintiffs' Motion for Leave to File Second
4  Amended Complaint. Present on behalf of Plaintiffs were Charles A. Pacheco, Esq., and
5  Sofia Reamer, Esq., of Pacheco & Reamer. Present on behalf of Defendant was Sean D.
6  Richmond, Esq., of the Sacramento City Attorney's Office. Pursuant to Federal Rule of Civil
7  Procedure 15(a), Plaintiffs sought to amend their First Amended Complaint to name City of
8  Sacramento Police Department Officers Michael Severi and Clinton Ryan Trefethen as
9  individual defendants.

10  Pursuant to Fed. R. Civ. P. 16(b), the Court held that Plaintiffs did not demonstrate
11  good cause to modify the Court's Pretrial Scheduling Order of August 30, 2013, wherein it
12  was ordered there were to be no further amendments to the pleadings and all fictitious
13  defendants were dismissed as of the date of said Order. As Defendant produced to Plaintiff
14  its entire investigative report related to the shooting of Ascencion Herrera, Jr., on May 23,
15  2013, wherein the identities of Officers Severi and Trefethen and their respective involvement
16  in the shooting was unequivocally set forth, the Court held that Plaintiffs were dilatory in not
17  seeking to amend the Pretrial Scheduling Order and their First Amended Complaint until
18  June 4, 2014.

19  Pursuant to Fed. R. Civ. P. 15(a)(2), the Court held that Plaintiffs acted with undue
20  delay in filing their Motion For Leave to Amend based on the aforementioned fact that
21  Plaintiffs knew, or should have known of the respective involvement of Officers Severi and
22  Trefethen related to the shooting of Ascencion Herrera, Jr., no later than May 23, 2013.

23  Based on the foregoing, IT IS HEREBY ORDERED that:

24  1.  Defendant City of Sacramento's Motion for Summary Judgment is
25  UNOPPOSED and thereby GRANTED;

26  2.  Plaintiffs' Motion for Leave to File a Second Amended Complaint is DENIED;

27  3.  The entirety of Plaintiffs' First Amended Complaint is thereby DISMISSED with
28  PREJUDICE.

DATED: July 18, 2014

_____
UNITED STATES DISTRICT COURT JUDGE

**Approved as to Form:**

Dated:  July 18, 2014    /S/ Charles A. Pacheco
                                    Charles A. Pacheco, Esq.
                                    Sofia Reamer, Esq.
                                    Pacheco & Reamer

                                    Attorneys for Plaintiffs